# PONCIO LAW OFFICES
A PROFESSIONAL CORPORATION

**ADAM PONCIO***
ATTORNEY AT LAW
*BOARD CERTIFIED - CIVIL APPELLATE LAW
TEXAS BOARD OF LEGAL SPECIALIZATION
*BOARD CERTIFIED - LABOR AND EMPLOYMENT LAW
TEXAS BOARD OF LEGAL SPECIALIZATION

**THOMAS N. CAMMACK, III***
ATTORNEY AT LAW
**NOT CERTIFIED BY THE TEXAS BOARD OF LEGAL SPECIALIZATION

salaw@msn.com

5410 Fredericksburg Rd., Suite 109
San Antonio, Texas 78229-3550
Telephone: (210) 212-7979
Facsimile: (210) 212-5880

tcammack@ponciolaw.com

UNITED STATES COURTS
SOUTHERN DISTRICT OF TEXAS
FILED

FEB 0 3 2015

David J. Bradley, Clerk of Court

January 28, 2015

**VIA FIRST CLASS MAIL**
U.S. District Clerk
Southern District of Texas
P.O. Box 61010
Houston, Texas 77208

      RE:    Civil Action No. 4:14-CV-01824; Muriel Epps v. Memorial Hermann Healthcare; In the United States Southern District of Texas, Houston Division

Dear Sir/Madam:

      This letter is to inform the Court that I will be on vacation beginning March 6, 2015 thru March 16, 2015. I respectfully request that no hearings or other matters be scheduled during this time period. By copy of this letter, I am notifying all opposing counsel of my vacation schedule and request that they do not schedule any depositions, discovery or other matters during this time.

      Thank you for your courtesy and cooperation in this matter.

      Very truly yours,

      **PONCIO LAW OFFICES**
      A Professional Corporation

      **ADAM PONCIO**

AP/cp
cc:    All counsel of record - VIA FACSIMILE