# PONCIO LAW OFFICES
## A PROFESSIONAL CORPORATION

**ADAM PONCIO*** 
ATTORNEY AT LAW 
*BOARD CERTIFIED - CIVIL APPELLATE LAW 
TEXAS BOARD OF LEGAL SPECIALIZATION 
*BOARD CERTIFIED - LABOR AND EMPLOYMENT LAW 
TEXAS BOARD OF LEGAL SPECIALIZATION

**THOMAS N. CAMMACK, III**** 
ATTORNEY AT LAW 
**NOT CERTIFIED BY THE TEXAS BOARD OF LEGAL SPECIALIZATION

salaw@msn.com

5410 Fredericksburg Rd., Suite 109 
San Antonio, Texas 78229-3550 
Telephone: (210) 212-7979 
Facsimile: (210) 212-5880

tcammack@ponciolaw.com

UNITED STATES COURTS 
SOUTHERN DISTRICT OF TEXAS 
FILED

FEB 0 3 2015

David J. Bradley, Clerk of Court

January 28, 2015

**VIA FIRST CLASS MAIL** 
U.S. District Clerk 
Southern District of Texas 
P.O. Box 61010 
Houston, Texas 77208

RE: Civil Action No. 4:14-CV-01824; Muriel Epps v. Memorial Hermann Healthcare; In the United States Southern District of Texas, Houston Division

Dear Sir/Madam:

This letter is to inform the Court that I will be on vacation beginning February 23, 2015 thru February 26, 2015. I respectfully request that no hearings or other matters be scheduled during this time period. By copy of this letter, I am notifying all opposing counsel of my vacation schedule and request that they do not schedule any depositions, discovery or other matters during this time.

Thank you for your courtesy and cooperation in this matter.

Very truly yours,

PONCIO LAW OFFICES 
A Professional Corporation

**THOMAS N. CAMMACK, III**

TNC3/cp 
cc: All counsel of record - VIA FACSIMILE