IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| **Muriel Epps,** § | | |
| § | | |
| **Plaintiff** § | | |
| § | | |
| vs. § | NO. 4:14-CV-01824 | |
| § | | |
| **Memorial Hermann Healthcare,** § | | |
| § | | |
| **Defendant.** § | | |

**JOINT MOTION TO SUSPEND PRETRIAL AND TRIAL DEADLINES OR, IN THE ALTERNATIVE, JOINT MOTION TO CONTINUE PRETRIAL AND TRIAL DEADLINES**

TO THE HONORABLE UNITED STATES DISTRICT JUDGE:

Plaintiff Muriel Epps ("Plaintiff") and Memorial Hermann Health System, the Defendant improperly named as Memorial Hermann Healthcare, ("Defendant") (collectively , the "Parties"), move the Court to suspend the pre-trial and trial deadlines in this case until Defendant's Motion for Summary Judgment has been resolved. Alternatively, Plaintiff and Defendant respectfully request that this Court continue the pre-trial and trial deadlines for *at least* 90 days. In support of this Motion, the Parties show as follows:

1. Plaintiff filed this lawsuit on June 30, 2015. *See* Doc. No. 1. Defendant filed its Answer on August 22, 2015. *See* Doc. No. 6.

2. Since that time, the Parties have completed discovery. On July 20, 2015, Defendant timely filed a Motion for Summary Judgment on all of Plaintiff's claims in this case. *See* Doc. No. 18. Defendant's Motion for Summary Judgment remains currently pending in this Court.

3. The Court's September 2, 2015 Scheduling Order sets the following pre-trial deadlines:

| **Joint Pretrial Order** The Defendant shall supply the Plaintiff with a final version of its pretrial order by this date. | November 2, 2015 |
|---|---|

- 1 -

|  |  |
|---|---|
| The Plaintiff is responsible for filing the pretrial order on this date.  All Motions in Limine must also be filed by this date. | November 9, 2015 |
| **Docket Call** | November 13, 2015 |
| **Trial** | November 16, 2015 |

4.	Should Defendant's Motion for Summary Judgment be granted in whole or in part, the Parties may not need to prepare for trial, or will need to prepare for trial accordingly.

5.	In an effort to avoid incurring potentially unnecessary fees for pre-trial preparation, the Parties respectfully request that the Court suspend all pre-trial deadlines in this matter, including the deadline to file the Joint Pretrial Order and the Docket Call date, until Defendant's Motion for Summary Judgment is resolved.

6.	In the alternative, the Parties respectfully request that the Court continue all pre-trial deadlines in this matter, including the deadline to file the Joint Pretrial Order and the Docket Call date for *at least* 90 days.

6.	This is the Parties' ***first*** request for an extension of the deadline to submit a Joint Pretrial Order and the trial setting set forth in the Court's Scheduling Order.

7.	The Parties request this extension in good faith, and so that justice may be served and without any intent to further delay the proceedings in the above-styled action.

| | |
|---|---|
| Dated September 21, 2015 | Respectfully submitted, |

Of Counsel:

Rea K. Ferandez
State Bar No. 24078496
Federal ID No. 1357837
rferandez@littler.com
LITTLER MENDELSON, P.C.
1301 McKinney Street, Suite 1900
Houston, Texas 77010
713.951.9400 (Telephone)
713.951.9212 (Facsimile)

*/s/ Kelley Edwards*
Kelley R. Edwards
State Bar No. 24041775
S.D. Tex. ID No. 560755
kedwards@littler.com
LITTLER MENDELSON, P.C.
1301 McKinney Street, Suite 1900
Houston, Texas 77010
713.951.9400 (Telephone)
713.951.9212 (Facsimile)

ATTORNEY-IN-CHARGE FOR DEFENDANT
MEMORIAL HERMANN HEALTH SYSTEM

## CERTIFICATE OF CONFERENCE

I hereby certify that on September 10, 2015 and September 18, 2015, I conferred with Plaintiffs' counsel, Thomas N. Cammack III, via telephone and electronic mail regarding this Motion and the contents herein, and Mr. Cammack has informed us that Plaintiff joins this Motion.

/s/ Rea K. Ferandez
Rea K. Ferandez

## CERTIFICATE OF SERVICE

I hereby certify that, on September 21, 2015, I served a true and correct copy of the foregoing document by ECF Court electronic notification upon the following counsel of record:

Adam Poncio
PONCIO LAW OFFICES
A Professional Corporation
5410 Fredericksburg Road, Suite 109
San Antonio, Texas  78229-3550

/s/ Kelley Edwards
Kelley Edwards

Firmwide:135820426.1 070168.1019